**No. 67413.**—Hirschberg-Schutz & Co., Inc. *v.* United States, protest 280735–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of ribbons similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

**No. 67414.**—Alfred Dunhill of London, Inc. *v.* United States, protest 62/11643 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cotton half-sleeve sport shirts, not composed in any part of tuckings, not knit or crocheted, the claim of the plaintiff was sustained.

**No. 67415.**—Herzman Scarfs, Inc. *v.* United States, protests 290289–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" consist of nylon woven mufflers, hemmed, similar in use to silk woven mufflers, hemmed, valued at more than $5 per dozen, the claim at 27½ percent ad valorem under paragraph 1209, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), was sustained. The items marked "B," stipulated to consist of nylon wearing apparel similar in use to silk wearing apparel, were held dutiable at 32½ percent under paragraph 1210, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), as claimed. *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.